```
                          United States Bankruptcy Court
                          Middle District of North Carolina
In re:                                                          Case No. 16-50938-cra
Ralph Calderon                                                  Chapter 7
Stella Louise Calderon
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0418-6          User: admin              Page 1 of 1         Date Rcvd: Sep 09, 2016
                              Form ID: 309A            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db/jdb         +Ralph Calderon,    Stella Louise Calderon,    1985 Teaberry Court,    Winston Salem, NC 27127-7636
785619813      +Cardmember Services (AARP),    P.O. Box 1423,    Charlotte, NC 28201-1423
785619814      +Conn's Financial Plus,    P.O.B ox 8/15867,    Dallas, TX 75208-1090
785619816      +Employment Security Commission,    Attn: Bankruptcy,    P.O. Box 26504,    Raleigh, NC 27611-6504
785619818      +Forsyth County Tax Collector,    P.O. Box 82,    Winston Salem, NC 27102-0082
785619821      +Portfolio Recovery,    Sessoms & Rogers, PA,    P.O. Box 52508,    Durham, NC 27717-2508
785619822      +Snap on Credit,    P.O. Box 1216,    Dept. #15648,    Oaks, PA 19456-1216
785619823      +Time Financing Service,    8030 North Point Blvd.,    Suite 10,    Winston Salem, NC 27106-3251
785619825       United Consumer Financial Services,    P.O. Box 856290,    Louisville, KY 40285-6290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dalken99@bellsouth.net Sep 09 2016 18:19:26     John A. Meadows,
                 2596-C Reynolda Rd.,    Winston-Salem, NC  27106
tr              EDI: QCEALLMAN.COM Sep 09 2016 18:18:00      C. Edwin Allman, III,    P. O. Drawer 5129,
                 Winston-Salem, NC  27113-5129
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Sep 09 2016 18:19:55      William P. Miller,
                 Bankruptcy Administrator,    101 South Edgeworth Street,    Greensboro, NC 27401-6024
785619812       EDI: CAPITALONE.COM Sep 09 2016 18:19:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
785619811      +EDI: CAPITALONE.COM Sep 09 2016 18:19:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
785619815      +E-mail/Text: bankruptcy@firstpointcollectionresources.com Sep 09 2016 18:20:23
                 Credit Bureau,    P.O. Box 26140,    Greensboro, NC 27402-6140
785619819       EDI: IRS.COM Sep 09 2016 18:19:00     IRS,    P.O. Box 21126,    Philadelphia, PA 19114
785619817       EDI: JEFFERSONCAP.COM Sep 09 2016 18:19:00      Fingerhut,    Correspondence,    16 McLeland Road,
                 Saint Cloud, MN 56303
785619820       EDI: NCDEPREV.COM Sep 09 2016 18:18:00      North Carolina Dept. of Revenue,    Attn: Bankruptcy,
                 P.O. Box 1168,    Raleigh, NC 27602-1168
785619824      +EDI: HFC.COM Sep 09 2016 18:19:00      Union Plus Credit Union,    P.O. Box 4155,
                 Carol Stream, IL 60197-4155
785619826       EDI: WFFC.COM Sep 09 2016 18:18:00      Wells Fargo Home Mortgage,    Inquiries,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              C. Edwin Allman, III    ceallman@allmanspry.com,
               trusteeallman@allmanspry.com;ceallman@ecf.epiqsystems.com;trusteeallman1@gmail.com
              John A. Meadows    on behalf of Joint Debtor Stella Louise Calderon dalken99@bellsouth.net,
               meadows@triad.rr.com
              John A. Meadows    on behalf of Debtor Ralph  Calderon dalken99@bellsouth.net,
               meadows@triad.rr.com
              William P. Miller    bancm_ecf@ncmba.uscourts.gov
                                                                                              TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ralph Calderon** | Social Security number or ITIN   xxx–xx–0258 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Stella Louise Calderon** | Social Security number or ITIN   xxx–xx–6295 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of North Carolina | | Date case filed for chapter   7   9/8/16 |
| Case number:   16–50938 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Ralph Calderon | | Stella Louise Calderon |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1985 Teaberry Court<br>Winston Salem, NC 27127 | | 1985 Teaberry Court<br>Winston Salem, NC 27127 |
| 4. | **Debtor's attorney**<br>Name and address | John A. Meadows<br>2596–C Reynolda Rd.<br>Winston–Salem, NC 27106 | | Contact phone (336) 723–3530 |
| 5. | **Bankruptcy trustee**<br>Name and address | C. Edwin Allman III<br>P. O. Drawer 5129<br>Winston–Salem, NC 27113–5129 | | Contact phone (336) 722–2300 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Ralph Calderon** and **Stella Louise Calderon**   Case number **16–50938**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 226 S. Liberty Street<br>Winston–Salem, NC 27101 | Hours open<br>Monday–Friday 8:00 AM – 5:00 PM<br>Contact phone (336) 397–7785<br>Date: 9/9/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Creditors Meeting Room, First Floor, 226 South Liberty Street, Winston–Salem, NC 27101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/6/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**NOTICE: STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. CELL PHONES OR WEAPONS ARE NOT ALLOWED.** Public parking is not available at Court site. Please visit www.ncmb.uscourts.gov under Court Info, for parking information.